No. 22-7060

_____

# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
_____

LEACHCO, INC.
Plaintiff - Appellant,

v.

CONSUMER PRODUCT SAFETY COMMISSION, et al.,
Defendants - Appellees.
_____

On Interlocutory Appeal from the United States District Court
for the Eastern District of Oklahoma
No. 6:22-CV-00232-RAW
_____

**MOTION TO WITHDRAW
COUNSEL JOHN F. KERKHOFF**
_____

JOHN F. KERKHOFF
Pacific Legal Foundation
3100 Clarendon Boulevard, Suite 1000
Arlington, VA 22201
202.888.6881
JKerkhoff@pacificlegal.org

*Attorney for Plaintiff-Appellant Leachco, Inc.*

John F. Kerkhoff respectfully moves to withdraw as counsel for Plaintiff-Appellant Leachco, Inc. Kurt M. Rupert, Oliver J. Dunford, and Frank D. Garrison will continue to represent Leachco, Inc.

Respectfully submitted,

*/s/ John F. Kerkhoff*
JOHN F. KERKHOFF
  Ohio Bar No. 0097134*
Pacific Legal Foundation
3100 Clarendon Boulevard, Suite 1000
Arlington, VA 22201
202.888.6881
JKerkhoff@pacificlegal.org

- 2 -

## CERTIFCATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 27(d)(2)(A), this motion contains 28 words. Additionally, pursuant to Fed. R. App. P. Rule 32(a)(5)(A) and 10th Cir. R. 32(A), this motion is written in a 14-point, proportionally spaced font.

*/s/ John F. Kerkhoff*
JOHN F. KERKHOFF
  *Attorney for Plaintiff-Appellant*
  *Leachco, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on \_\_\_\_\_, 202\_, I electronically transmitted the foregoing document to the Clerk of Court or the United States Court of Appeals for the Tenth Circuit by using the appellate CM/ECF system and transmittal of a Notice of Electronic Filing was sent to the following:

Joshua Salzman
Daniel Aguilar
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530
joshua.m.salzman@usdoj.gov

*Attorneys for Defendants-Appellees*

　　　　　　　　　　　　　　　　*/s/ John F. Kerkhoff*
　　　　　　　　　　　　　　　JOHN F. KERKHOFF
　　　　　　　　　　　　　　　　*Attorney for Plaintiff-Appellant*
　　　　　　　　　　　　　　　　*Leachco, Inc.*
　　　　　　　　　　　　　　　　.